**Order filed November 6, 2014**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00539-CV

### JESSE K. PRATHER, Appellant

### V.

### CAPT. V. MILLER, W. GRIGSBY, T. DANIELS, JANE DOE, AND JOHN DOE, Appellees

**On Appeal from the 411th District Court
Polk County, Texas
Trial Court Cause No. CIV28465**

## O R D E R

Appellant's brief was due September 29, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 8, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM